## PEOPLE *v.* PLUMMER.

APPEAL from the Tenth District, County of Yuba.

The defendant was indicted and convicted of murder in the second degree.  The case came to this Court, on appeal, from Nevada county, and at the April Term, 1858, (9 Cal. 298) the judgment of the Court below was reversed, and a new trial ordered.  Subsequently, a change of venue was had to Yuba county, where a trial was again had, and the defendant again convicted.   The case now comes before this Court, on appeal from the judgment rendered in Yuba county.   There are no points of law decided which would justify the publication of the facts.  The questions determined are peculiarly applicable to this case; and if the facts were spread out at large, no benefit could result to the profession therefrom.

*McConnell & Goodwin* for Appellant.

*Henry Meredith* for Respondent.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., concurring.

After a careful examination of the record in this case, we are not able to discern any error which could have operated to defendant's prejudice.

The question proposed to the witness, Mrs. St. John, to which exception was taken, was not strictly proper, but the answer to it could not possibly have prejudiced the case of defendant.

The evidence of Barker, which was also excepted to, was, in our opinion, properly admitted, as rebutting a presumption sought to be established by the testimony of one of defendant's witnesses.

The instructions asked by defendant were all given, except the seventh, which was erroneous as offered, and the qualification given with it by the Judge was strictly in accordance with the statute.

Judgment affirmed.